## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

PAUL MAUCHA,

*Defendant.*

Criminal Action No. 21-cr-322 (CJN)

## VERDICT FORM

### COUNT ONE:  Conspiracy to Commit Wire Fraud

With respect to Count One, the charge of Conspiracy to Commit Wire Fraud, we unanimously find the defendant:

NOT GUILTY _____        GUILTY \_\_✓\_\_

### COUNT TWO:  Wire Fraud (May 2016)

With respect to Count Two, the charge of Wire Fraud (May 2016), we unanimously find the defendant:

NOT GUILTY _____        GUILTY \_\_✓\_\_

### COUNT THREE:  Wire Fraud (December 2016)

With respect to Count Three, the charge of Wire Fraud (December 2016), we unanimously find the defendant:

NOT GUILTY _____        GUILTY \_\_✓\_\_

*PLEASE CONTINUE TO THE NEXT PAGE*

## COUNT FOUR:  Engaging in Monetary Transactions in Criminally Derived Property

With respect to Count Four, the charge of Engaging in Monetary Transactions in Criminally Derived Property, we unanimously find the defendant:

NOT GUILTY _____        GUILTY  ✓_____

Dated: 2/1/2024

FOREPERSON